**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **COREY RAMON DAVIS,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION NO. 10-0291-CG-C** |
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION NO. 08-0352-CG** |
| Respondent. | : | |

**JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that petitioner's motion to vacate, set aside or correct sentence, filed pursuant to 28 U.S.C. § 2255, be **DENIED**. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 3rd day of January, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE